**John C. FISHER,**
**Employee/Respondent,**

v.

**HIGHWAY CITY AIR FREIGHT DRIVERS, Employer,**

and

**Treasurer of the State of Missouri as Custodian for the Second Injury Fund, Additional Party/Appellant.**

**No. ED 79658.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 5, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Leslie A. Phillips, Plia D. Lippman, Asst. Attys. Gen., St. Louis, for appellant.

John J. Larsen, Jr., St. Louis, for employee-respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

The Missouri State Treasurer, Custodian of the Second Injury Fund ("Fund"), appeals the award of the Labor and Industrial Relations Commission ("Commission") to John C. Fisher ("Claimant"). We have reviewed the briefs of the parties and the record on appeal and find no error of

law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).